UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON PRODUCTS COMPANY INC., <br><br> Defendant. | Case No. 5:10-cv-05034-JF <br><br> [PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR DEFENDANT JOHNSON PRODUCTS COMPANY INC. |

## [PROPOSED] ORDER

This Court, having reviewed the Substitution of Attorney for Defendant Johnson Products Company Inc., hereby approves the substitution of Michael J. Lyons and Harry F. Doscher of Morgan, Lewis & Bockius LLP in place of Daniel Thomas Shvodian of Howrey LLP.

**IT IS SO ORDERED.**

DATED: 5/9 , 2011  _____

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

ORDER APPROVING SUBSTITUTION
OF ATTORNEY FOR DEFENDANT;
CASE NO. 5:10-CV-05034-JF