\*\*E-Filed 7/13/2011\*\*

Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>Johnson Products Company Inc.<br><br>Defendant | Case No. 5:10-cv-05034-JF-PSG<br><br>**Stipulation and [Proposed] Order to Continue Case Management Conference to Allow Time For Settlement** |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   The parties stipulate and request that the Court enter an Order as follows:

2   1.   The parties have reached a settlement which would result in the dismissal of this case and avoid the need for a case management conference. The parties request a continuance of dates relating to the upcoming case management conference to allow time for a formal settlement agreement to be executed.

6   2.   A case management conference is currently scheduled for Friday, July 15, 2011 at 10:30 a.m. Accordingly, the Joint Case Management Statement is due to be filed Friday, July 8, 2011.

9   3.   The parties request that the court continue the case management conference to allow time for the parties to execute a formal written settlement agreement and dismiss this case. The parties request that the following dates be applied:

   a.   File the Joint Case Management Statement: Friday, July 22, 2011
   b.   Case Management Conference: Friday, July 29, 2011 at 10:30 a.m.

In accordance with General Order 45.X.B., Benjamin R. Lemke, counsel for SF Tech, attests that each other signatory listed below has concurred in this filing.

Date: July 8, 2011      Mount, Spelman & Fingerman, P.C.,
                              /s/ Benjamin R. Lemke
                        Counsel for San Francisco Technology Inc.

Date: July 8, 2011      Morgan, Lewis & Bockius LLP
                              /s/ Jason C. White
                        Counsel for Johnson Products Company Inc.

Pursuant to stipulation, it is so ordered.
Date: 7/13/2011



Jeremy Fogel, U.S. District Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was filed using the court's electronic filing system (ECF). The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under to accept that Notice as service of this document.

Date: July 8, 2011

Mount, Spelman & Fingerman, P.C.,
    /s/ Benjamin R. Lemke
Counsel for San Francisco Technology Inc.