1  MORGAN, LEWIS & BOCKIUS LLP
   JASON C. WHITE
2  SCOTT D. SHERWIN
   77 West Wacker Drive
3  Chicago, IL 60601
   Tel: 312.324.1000
4  Fax: 312.324.1001
5  Email: jwhite@morganlewis.com
   Email: ssherwin@morganlewis.com
6
7  Attorney for Defendant
   Johnson Products Company Inc.
8
9                UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11                     SAN JOSE DIVISION
12
13  SAN FRANCISCO TECHNOLOGY INC.,
                                            Case No. 5:10-cv-05034-JF-PSG
14          Plaintiff,
                                            STIPULATION AND [PROPOSED] ORDER
15  vs.                                     TO CONTINUE CASE MANAGEMENT
                                            CONFERENCE TO ALLOW TIME FOR
16  JOHNSON PRODUCTS COMPANY INC.,          SETTLEMENT
17          Defendant.
18
19
20
21
22
23
24
25
26
27
28

1    The parties stipulate and request that the Court enter an Order as follows:

2        1.    The parties have reached a settlement which would result in the dismissal of this case

3    and avoid the need for a case management conference.  The parties request a continuance of dates

4    relating to the upcoming case management conference to allow time for a formal settlement

5    agreement to be executed.

6        2.    A case management conference is currently scheduled for Friday, July 29, 2011, at

7    10:30 a.m.  Accordingly, the Joint Case Management Statement was due to be filed July 22, 2011.

8        3.    The parties request that the Court continue the case management conference to allow

9    time for the parties to execute a formal written settlement agreement and dismiss this case.  The

10   parties request that the following dates be applied:

11        a.    File the Joint Case Management Statement:  Friday, August 5, 2011.

12        b.    Case Management Conference:  Friday, August 12, 2011, at 10:30 a.m.

13   Date:  July 28, 2011                          MORGAN, LEWIS & BOCKIUS LLP

14

15                                                By:    */s/ Jason C. White*
                                                        Jason C. White
16                                                      Attorney for Defendant
                                                        Johnson Products Company Inc.
17

18   Date:  July 28, 2011                          SAN FRANCISCO TECHNOLOGY INC.
19

20                                                By:    */s/ Benjamin R. Lemke*
                                                        Benjamin R. Lemke
21                                                      Attorney for Plaintiff
                                                        San Francisco Technology Inc.
22

23   Pursuant to stipulation, it is so ordered.

24   Date:  7/29/11

25   _____   Jeremy Fogel, U.S. District Court Judge

26

27

28

2        STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
         MANAGEMENT CONFERENCE TO ALLOW TIME FOR SETTLEMENT
         Case No. 5:10-cv-05034-JF-PSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed using the Court's electronic filing system (ECF).  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action who have consented to accept that Notice as service of this document.

Date:  July 28, 2011                                    */s/ Jason C. White*